**Order entered January 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01047-CR

**KENNETH WAYNE RAPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-34700-S**

## ORDER

The Court has received Appellant's pro se motion to quash the enhancement allegation in the indictment. We do not have jurisdiction to consider Appellant's motion, and the motion is **DISMISSED**. *See* TEX. R. APP. P. 19.

/s/    ELIZABETH LANG-MIERS
         JUSTICE